1024

[No. 58206-2-I.   Division One.   December 18, 2006.]

*In the Matter of the Personal Restraint of* CLADIO
VELASQUEZ, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse and Dwyer, JJ.

[No. 33085-7-II.   Division Two.   December 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHAN AKEEM
WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01215-5, Diane M. Woolard, J., entered March 31, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[Nos. 33436-4-II; 34519-6-II.   Division Two.   December 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ANDREW
GALLEGOS, *Appellant.*

*In the Matter of the Personal Restraint of* JOE ANDREW
GALLEGOS, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01620-5, Leonard W. Costello, J., entered June 17, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.